UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MID-ATLANTIC EQUITY CONSORTIUM, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-1407 (PLF) |
| U.S. DEPARTMENT OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

ORDER

The Court has before it Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 14], as corrected by Plaintiffs' ERRATA Motion for a Preliminary Injunction ("Pls. Mot.") [Dkt. No. 15]. For the reasons set forth in the Court's accompanying Opinion [Dkt. No. 41], it is hereby

ORDERED that Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 14], as corrected by Plaintiffs' ERRATA Motion for a Preliminary Injunction ("Pls. Mot.") [Dkt. No. 15] is GRANTED IN PART and DENIED IN PART. Plaintiff Mid-Atlantic Equity Consortium ("MAEC") has sufficiently demonstrated its right to a preliminary injunction. Plaintiffs National Association for the Advancement of Colored People ("NAACP"), Tennessee State Conference of the NAACP, and NAACP Fayette-Somerville Branch have not; it is

FURTHER ORDERED that Defendants United States Department of Education and Linda M. McMahon, in her official capacity as Secretary of Education, shall, within

five (5) business days of entry of this Order, REINSTATE the EAC Region I Grant Award (S004D220002) for Plaintiff MAEC, in accordance with the Grant Award Notification terms and conditions in place immediately prior to the Department's issuance of the February 13, 2025 Termination Letter; it is

FURTHER ORDERED that Defendants United States Department of Education and Linda M. McMahon, in her official capacity as Secretary of Education, shall provide MAEC reimbursement for all outstanding expenses and otherwise allowable expenditures incurred between February 13, 2025—the date of termination—and the date of this Court's Order; it is

FURTHER ORDERED that Defendants United States Department of Education and Linda M. McMahon, in her official capacity as Secretary of Education, SHALL NOT TERMINATE, and are ENJOINED from terminating, the EAC Region I Grant Award (S004D220002) without further order of this Court; it is

FURTHER ORDERED that Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 14], as corrected by Plaintiffs' ERRATA Motion for a Preliminary Injunction ("Pls. Mot.") [Dkt. No. 15] is hereby DENIED in all other respects; it is

FURTHER ORDERED that the parties shall file a joint status report within ten (10) business days of entry of this Order, apprising the Court of the status of the parties' compliance with this Order; and it is

2

FURTHER ORDERED that this preliminary injunction shall remain in effect subject to further order of Court.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 7|30|25